THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Laquan D.
 Collier, Appellant.
 
 
 

Appeal from York County
 Steven H. John, Circuit Court Judge 

Unpublished Opinion No. 2008-UP-531
 Submitted September 2, 2008  Filed
September 11, 2008    

APPEAL DISMISSED

 
 
 
 Chief Attorney for Capital Appeals Robert M. Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J.
 Zelenka, all of Columbia; and Solicitor Kevin Scott Brackett, of York, for
 Respondent.
 
 
 

PER CURIAM: 
 Collier was convicted of murder, attempted armed robbery, criminal conspiracy,
 and possession of a firearm during the commission of a violent crime.  On appeal, Collier argues the judge erred by admitting evidence of a
 robbery that took place the day after the charged incident.  Collier filed a pro se brief, which raised the same argument.  After a thorough review of
 the record and counsels brief pursuant to Anders v. California, 386
 U.S. 738 (1967) and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss the appeal and grant counsels motion to be relieved.[1]
APPEAL DISMISSED.
HEARN, C.J., and HUFF and GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
Rule 215, SCACR.